# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAH J. WALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 11-00193-KD-B |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the parties' Rule 26(f) report (Doc. 14). In the report, Defendant Metropolitan Life Insurance Company (hereinafter "Met Life") asserts that it is a "mere stakeholder" in this action and requests permission to deposit insurance funds, plus any applicable interest, due and owing under the insurance policy at issue into the Court registry, and to have the Court determine to whom the benefits should be paid. In light of said assertions, Met Life is directed to file, on or before **August 12, 2011**, a motion for interpleader, supported by legal authority as appropriate.

Additionally, in the report, Plaintiff Micah Wall requests the appointment of a guardian *ad litem* for her minor children, V.R.E and W.C.E.  Both have been named as Third Party Defendants in this action. In light of said request, Plaintiff Micah Wall is

directed to file, on or before **August 12, 2011**, a motion for the appointment of a guardian *ad litem*, supported by legal authority as appropriate.

DONE this the **1ˢᵗ** day of **August, 2011.**

                                         **/S/SONJA F. BIVINS**
                                         **UNITED STATES MAGISTRATE JUDGE**